FILED 3:12-cv-1190-J-34 JBT
~~RECEIVED~~

2012 OCT 26 PM 12: 25
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

October 24, 2012

To Whom this letter may concern.
My name is David Cruz Docket number 2012-01-6954.. I am writing the Middle district of appeal today, For a motion to Withdraw my appointed counsel, and a motion to lesser my charge. I have been incarcerated since June 19, 2012 in the Pre-trial Detention Facility and I have been represented by Ms. Stephany Schaap of Matt Shirk's "public Defender's" office. I am not satisfied with Ms. Schaap's representation. I Feel she has not been representing me to her Full potential and Full Knowledge of the law. I also Feel that Ms. Schaap is in conclusion with the State's attorney, and trying to intimedate me into taking a plea or making a plea that is Justifiable For them. Also the state's has been try-ing to Sentence and make me plea that is over my Guideline's by Florida's law in Florida Statue 921.005(1) > 921.001(5). I am need of help and Fear that my rights and life is in danger, please help me with information to proceed in my case.
Thank you For your time Sincerely David J. Cruz

Name: David Joshua Cruz

D.O.B

Place of Birth: Chester, PA

SSN:

Case No: 10CF024614AD

Clerk No: 162010CF003016AXXXMA

Division: CRC

Charge: Armed Robbery

Address: Currently at Jacksonville Sheriff Pre-trial Detention Facility.

motions needed: motion to remove counsel, (2254), motion to Reduce charge.